IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
AIKEN DIVISION

| | | |
|---|---|---|
| George A. Williams, | ) | C/A No. 1:18-2723-JMC-PJG |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| Joseph E. O'Conor; Bryan Griswold; John Doe 1; John Doe 2; Charles Barranco, *both individually and in his official capacity as the director of the Aiken Department of Public Safety*; Aiken Department of Public Safety; The City of Aiken; Jane Doe; Leroy Smith, *both individually and in his official capacity as the director of South Carolina Department of Public Safety*; The South Carolina Department of Public Safety, | ) ) ) ) ) ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Plaintiff, who is represented by counsel, filed this matter alleging claims pursuant to 42 U.S.C. § 1983, as well as state law claims against the named defendants. On October 8, 2018, Defendants Aiken Department of Public Safety and Charles Barranco filed a motion to dismiss pursuant to the Federal Rules of Civil Procedure, seeking dismissal of all claims against them in all capacities. (ECF No. 5.) As of the date of this order, the plaintiff has failed to respond to the defendants' motion in accordance with Local Civil Rule 7.06 (D.S.C.). As such, it appears to the court that he does not oppose this motion and wishes to abandon his claims against these defendants.

Based on the foregoing, it is

**ORDERED** that the plaintiff shall advise the court as to whether he wishes to continue with his claims against Defendants Aiken Department of Public Safety and Charles Barranco and to file a response to the defendants' motion to dismiss within seven (7) days from the date of this order. Plaintiff is further advised that if he fails to respond, the claims against Defendants Aiken Department of Public Safety and Charles Barranco may be decided on the record presented in support of the defendants' motion, see Local Civil Rule 7.06 (D.S.C.), or may be recommended for dismissal with prejudice for failure to prosecute. See Davis v. Williams, 588 F.2d 69, 70 (4th Cir. 1978); Fed. R. Civ. P. 41(b).

**IT IS SO ORDERED.**

_____
Paige J. Gossett
UNITED STATES MAGISTRATE JUDGE

November 8, 2018
Columbia, South Carolina